IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00591–REB–CBS

FLINT MEDICAL, INC.,
a California corporation, and
KEITH FLINT,
an individual,

      Plaintiffs,

v.

ELA MEDICAL, INC.,
a Delaware corporation,
THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

      Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion Re: Deadlines to Amend and Respond to Complaint (*doc. no. 14)* is **GRANTED**. The deadline for Plaintiffs' to file an amended complaint is on or before **May 8, 2007**. Defendants have up to and including **June 8, 2007**, to answer or otherwise respond to the complaint.

      IT IS FURTHER ORDERED that Plaintiffs' Unopposed Motion to Set Deadlines to Amend Complaint (*doc. no. 6)* is **DENIED**, as moot.

**DATED:**     April 30, 2007